| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALANA B. ANAYA, SBN 195758<br>JONATHAN A. MALEK, SBN 235125<br>BRETT P. RALSTON, SBN 287342<br>ANAYA LAW GROUP<br>2629 Townsgate Road Suite 140<br>Westlake Village, CA 91361<br>Tel: (805)230-9222<br>Fax: (805)230-9221 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* NuVision Federal Credit Union | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Smith, Ivan J<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-19955-VZ<br>CHAPTER: 13<br><br><br>**MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** |
|---|---|

I, under penalty of perjury under the laws of the United States declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $4,751.21 _____ which is the sum of all monies deposited with the court on the following date(s) April 21, 2016 _____ on behalf of the creditor Pacific Resource Credit Union _____

   on claim number(s) 16 _____.

2. Please check and complete the applicable subparagraph(s) below:

   a. ☐ I am the creditor named in paragraph 1.

   b. ☒ I am an employee of the creditor named in paragraph 1 and my title is Director of Member Solutions _____.
      The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   c. ☐ I am the creditor and have appointed _____
      as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

d. ☐ Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (*submit evidence establishing basis for right to obtain payment*): _____

_____

_____

_____

3. Please complete each of the following subparagraphs:

a. The following is the creditor's address and phone number:
NuVision Federal Credit Union
7812 Edinger Avenue Huntington Beach, CA 92647

b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):
NuVision Federal Credit Union merged with Pacific Resource Credit Union. A copy of the Certificate of merger is attached hereto. Once the merger was effectuated, NuVision Federal Credit Union assumed all accounts of Pacific Resource Credit Union without exeception and fully assumed all authority and entitlement to collection on all accounts.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2              F 3011-1.MOTION.UNCLAIMED.FUNDS

(Corporate seal

_____
Signature of creditor/successor

If applicable)

*NuVision Federal Credit Union By Patricia Hut...*
Printed creditor's/successor's name

7812 Edinger Avenue Huntington Beach, CA 92647
Creditor's/successor's address

_____

_____

STATE OF CALIFORNIA, COUNTY OF Orange _____

On 5-12-16 _____ before me, personally appeared *(insert name and title of the signer)*
Pat Hutchison _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument. WITNESS my hand and official seal.


BUSHRA NAZIR CHAUDHRY
Commission # 2035808
Notary Public - California
Orange County
Comm. Expires Aug 4, 2017

Bushra Chaudhry _____
Notary Public

My commission expires on 8-4-2017 _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 3            **F 3011-1.MOTION.UNCLAIMED.FUNDS**

_____

*Signature of attorney/attorney-in-fact (if appointed)*

_____

*Printed name*

_____

Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _Orange_____

On _5-13-16_____ before me, personally appeared *(insert name and title of the signer)*

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

BUSHRA NAZIR CHAUDHRY
Commission # 2035808
Notary Public - California
Orange County
My Comm. Expires Aug 4, 2017

*Notary public*

My commission expires on _____

Presented by:

_____

_____

_____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.



———————— National Credit Union Administration ————————
REGION II

August 1, 2013

Roger Ballard, CEO
NuVision Federal Credit Union
7812 Edinger Avenue
Huntington Beach, CA 92647

Dear Mr. Ballard:

The merger of Pacific Resource Credit Union, Insurance Certificate No. 68414, is complete; therefore, we are canceling its insurance certificate effective June 30, 2013. We have requested NCUA's Division of Consumer Access (DCA), Office of Consumer Protection amend your field of membership (FOM) to include the merging credit union's FOM as a result of this merger. The DCA will provide you a copy of your amended FOM.

The capitalization balance of the merging credit union will be credited to your capitalization account. Please verify the consolidated balance when you receive your next share insurance statement. If the balance is incorrect, please contact the Office of the Chief Financial Officer at (703) 518-6570.

If you have questions concerning your FOM, please contact DCA at (703) 518-1150. If you have any other questions, please contact the Division of Supervision at 703-519-4600.

Sincerely,

Wendy A. Angus

for Jane A. Walters
Regional Director

FCU #00566 – Q/9
II/BCB:bcb

cc:    Chairperson – Robert Geraci
       CFO – Brian Hershfield (bhershfield@nuvisionfederal.org)
       SW&M – Timothy Oppelt
       CA DBO – Jan Lynn Owen, Commissioner
       CA DBO – RaAnn Wood, Deputy Commissioner
       California Credit Union League
       Federal Reserve Bank San Francisco
       Thomson Financial Publishing
       CUMIS & CUNA
       Lane Guide

# PROOF OF SERVICE OF DOCUMENT

I hereby certify under penalty of perjury under the laws of the United States that on 05/16/2016 , I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document entitled: **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** to the United States attorney's office, United States trustee's office, and other persons and entities required to be served by LBR 3011-1(b) and addressed as follows:

Address: United States attorney's office
Central District of California
312 North Spring Street, Ste 1200
Los Angeles, California 90012

Address: United States trustee's office
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Name and address of the trustee appointed in the case and the trustee's counsel, if any:

Nancy K Curry (TR)

1000 Wilshire Blvd., Suite 870

Los Angeles, CA 90017

Nancy K Curry (TR)

606 South Olive Street, Suite 950

Los Angeles, CA 90014

Name and address of the Debtor, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Ivan J Smith

5884 Green Valley Cir

Culver City, CA 90230

Madhu Kalra

23720 Arlington Ave Ste 5

Torrance, CA 90501

If Movant is not the original creditor or an employee thereof, insert the name and address of the original creditor and the creditor's counsel, if any:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

05/16/2016          Jonathan Malek
Date                      Printed Name                                    Signature

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 5                    F 3011-1.MOTION.UNCLAIMED.FUNDS